**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

| | |
|---|---|
| SAMUEL GREEN | * |
| Plaintiff, | * |
| v. | *   Case No. 1:19-cv-01410-ELH |
| AMF BOWLING CENTERS, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Dear Clerk:

Please enter the appearance of Colleen K. O'Brien of Wilson Elser Moskowitz Edelman & Dicker as additional counsel for Defendant, AMF Bowling Centers, Inc. Brigitte Smith of Wilson Elser Moskowitz Edelman & Dicker will continue as co-counsel for Defendant.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP


        */s/ Colleen K. O'Brien*
        Colleen K. O'Brien (Fed. Bar No. 29839)
        colleen.obrien@wilsonelser.com
        500 East Pratt Street, Suite 600
        Baltimore, MD 21202
        P (410) 962-7387
        F (410) 962-8758
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2019, a copy of the forgoing Entry of Appearance was e-filed and served via CM/ECF to the following counsel of record:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
kp@kimparkerlaw.com
*Counsel for Plaintiff*

*/s/ Colleen K. O'Brien*
Colleen K. O'Brien

916580v.1