IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| SAMUEL GREEN | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| AMF BOWLING CENTERS, INC. | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LOCAL RULE 103.3 DISCLOSURE OF
AFFILIATIONS AND FINANCIAL INTERESTS OF
<u>DEFENDANT AMF BOWLING CENTERS, INC.</u>**

Defendant, AMF Bowling Centers, Inc. ("AMF"), by counsel, and pursuant to Local Rule 103.3, hereby submits the following Local Rule 103.3 Disclosure of Affiliations and Financial Interests:

    A.    **Corporate Affiliation:** Defendant AMF is a wholly-owned subsidiary of **AMF Bowling Centers Holdings Inc.**, a Delaware corporation.  AMF's ultimate parent is **Bowlero Corp.,** a privately owned Delaware corporation.  AMF has four subsidiaries that are not wholly owned:

        a.    **Corner Restaurant East, Inc.,** a Maryland corporation.

        b.    **Southdale Bowlers Restaurant, Inc.,** a Maryland corporation.

        c.    **Prince George's Concession, Inc.,** a Maryland corporation.

        d.    **The Bowler's Choice Restaurant, Inc.,** a Maryland corporation.

    B.    **Financial Interest in the Outcome of the Litigation:** No other entities have a financial interest in the outcome of this litigation.

These representations are made in order that judges of this Court may determine the need for recusal pursuant to Local Rule 103.3.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP

By:    */s/ Colleen K. O'Brien*
Brigitte Smith (Fed. Bar No. 28426)
Brigitte.Smith@wilsonelser.com
Colleen K. O'Brien (Fed. Bar No. 29839)
colleen.obrien@wilsonelser.com
500 E. Pratt Street, Suite 600
Baltimore, MD 21202-3173
Tel. 410-962-7387
Fax. 410-962-8758
*Counsel to Defendant, AMF Bowling Centers, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 11th day of June, 2019, a copy of the Local Rule 103.3 Disclosure of Affiliations and Financial Interests of Defendant AMF Bowling Centers, Inc., was e-filed and served via CM/ECF to the following counsel of record:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
kp@kimparkerlaw.com
*Counsel for Plaintiff*

            */s/ Colleen K. O'Brien*
            Colleen K. O'Brien