## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT
Baltimore Division

| | |
|---|---|
| **SAMUEL GREEN**  Plaintiff  V.  **AMF BOWLING CENTERS, INC.**  Defendant | Civil Case No.: **1:19-cv-1410** |

### MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW, Samuel Green, (the "Plaintiff"), by his undersigned counsel, and moves this Honorable Court for leave to file an Amended Complaint and for reasons state:

1.  On May 13, 2019, the Plaintiff filed the instant complaint for injuries he sustained while on the Defendant's premises.

2.  On June 10th, 2019, the Defendants, through counsel, filed a Motion to Dismiss (the "Motion"), requesting that Counts II, III and IV, of the Complaint be dismissed, according to Defendant, for failure to state of claim upon which relief could be granted.

3.  Plaintiff, through undersigned counsel, has prepared a First Amended Complaint ("FAC"), which clarifies facts, removes counts and removes the punitive damage prayer. The FAC moots the Defendant's Motion.

4.  It is axiomatic that a plaintiff may amend his complaint in the absence of bad faith, unfair prejudice or futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Nolte v. Capital One Financial Corp.*, 390 F.3d 311 (4th Cir. 2004); *HCMF Corp. v. Allen*, 238 F.3d 273, 276 (4th Cir. 2001); *Edwards v. City of Goldsboro*, 178 F.3d 231, 242 (4th Cir. 1999)). None of these barriers to amendment exists here.

5. Under FRCP 15(a)(2), a party may amend its complaint with the court's leave when the opposing party does not consent to the amendment. The court "should freely give leave [to amend the complaint] when justice so requires." FRCP 15(a)(2). Thus, "leave to amend should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or amendment would be futile." *Matrix Capital Mgmt. Fund, LP v. BearingPoint, Inc*., 576 F.3d 172, 193 (4th Cir. 2009) (internal citation and quotation marks omitted).

6. Plaintiff is instead are moving promptly to amend before the commencement of discovery and before any responsive pleading has been filed. Defendant will suffer no prejudice by this Court allowing the FAC.

WHEREFORE, Plaintiff respectfully request that his Motion to File Amended Complaint be Granted, and for such other and further relief as may be deemed just and proper.

          Respectfully Submitted,

          THE LAW OFFICES OF KIM PARKER, P.A.

          /s/ Kim Parker
          _____
          KIM PARKER, ESQUIRE
          FEDERAL BAR NO.: 23894
          COUNSEL FOR PLAINTIFF
          2123 Maryland Avenue
          Baltimore, Maryland 21218
          Office: 410-234-2621
          Fax: 410-234-2612
          E: info@kimparkerlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 23rd of June 2019, a copy of Plaintiff's Motion for Leave to File An Amended Complaint was served on counsel for the Defendant, by the Court's CM/ECF Filing System.

/s/ Kim Parker
_____
KIM PARKER, ESQUIRE