

2123 Maryland Avenue
Baltimore, Maryland 21218
**P:** 410.234.2621
**F:** 410.234.2612
www.kpcounsel.com

**Kim Parker**,^
**John Wood,** Of Counsel

^Licensed to Practice in Maryland & The District of Columbia

ATTORNEYS AT LAW

WRITER'S EMAIL: info@kimparkerlaw.com

July 11, 2019

**VIA ELECTRONIC MAIL**
Judge Ellen L. Hollander
United States District Court of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Caption:    **Samuel Green vs. AMF Bowling Centers, Inc**
           Case No:    1:19-cv-01410-ELH

Dear Your Honor:

    I represent plaintiff Samuel Green in the above-captioned matter. I am in receipt of the Court's July 11, 2019, Schedule Conference Order, wherein, Your Honor scheduled a telephonic conference for July 25, 2019. Undersigned counsel, however, will be leaving for her pre-scheduled vacation, out of the country, on Thursday, July 24, 2019, and returning on Wednesday, August 13th, 2019. I am therefore unavailable for the call and would request that in lieu of an appearance, the parties meet and confer regarding the proposed Scheduling Order, and present same to the Court no later than July 23rd, 2019. If this unacceptable, I am available on any of the following days:

        July 18, 2019    3:00 p.m. until 5:00 p.m.
        July 22, 2019    2:00 p.m. until 5:00 p.m.
        July 23, 2019    1:00 p.m. until 4:30 p.m.

Thank you in advance for your consideration and understanding. I am:

        Very truly yours,

        */s/ **Kim Parker***

        Kim Parker, Esq.

cc:    Colleen O'Brien, Esq.
        Brigitte Smith, Esq.