BEFORE THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| SAMUEL GREEN, | * | |
| Plaintiff | | |
| v. | * | Case No.:   1:19 cv 01410 ELH |
| ATF BOWLING CENTERS, INC., | | |
| Defendant | * | |

\*          \*          \*

ENTRY OF APPEARANCE

Please enter the appearance of undersigned Counsel as additional counsel for the Plaintiff:

Michael J. Moran, Esquire
The Law Offices of Michael J. Moran, P.C.
3407 Eastern Boulevard-Suite A
Middle River, MD 21220
410.687.8494
lawofficesofmikemoran@gmail.com

                              /s/
MICHAEL J. MORAN, Esquire
The Law Offices of Michael J. Moran, P.C.
3407 Eastern Boulevard-Suite A
Middle River, MD 21220
410.687.8494
lawofficesofmikemoran@gmail.com
No. 1363

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this1 August 2019 I caused a copy of the foregoing to be mailed by first class mail, postage prepaid to:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218


Colleen K. O'Brien, Esquire (FTB 29839)
Brigitte Smith (Fed. Bar No. 28426)
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP
Brigitte.Smith@wilsonelser.com
Colleen K. O'Brien (Fed. Bar No. 29839)
colleen.obrien@wilsonelser.com
500 E. Pratt Street, Suite 600
Baltimore, MD 21202-3173
*Counsel to Defendant, AMF Bowling Centers, Inc.*

                                              _____/s/_____
                                              MICHAEL J. MORAN, Esquire