# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DISTRICT
Baltimore Division

| | |
|---|---|
| **SAMUEL GREEN** <br><br> Plaintiff <br><br> V. <br><br> **AMF BOWLING CENTERS, INC.** <br><br> Defendant | Civil Case No.: **1:19-cv-1410** |

## MOTION FOR A BREIF EXTENSTION OF TIME TO FILE EXPERT REPORTS AND REQUEST FOR A HEARING THEREON

NOW COMES, Samuel Green, (the "Plaintiff"), by his undersigned counsel, and moves this Honorable Court to extend the time for Plaintiff to file Expert Reports and for reasons state:

1. Plaintiff's Expert Designations were due on October 9, 2019.

2. Plaintiff timely provided his expert disclosures to the Defendant. See Exhibit A.

3. Plaintiff's Expert, however, is finishing his expert report, necessitating the filing of this Motion for a brief extension of time for which to provide same to Defendant.

4. The reasons for delay in providing the expert report was that Plaintiff's original choice of a standard of care expert had a conflict and was unable to be designated.

5. The parties have engaged in substantive discovery to date.

6. The proposed amendment to the expert designation schedule will not affect the February 25, 2019 discovery deadline.

1

7. There has been no previous request for an extension of time with regard to the expert designation deadlines.

8. This motion for extension of time is not made for any reason other than the foregoing reasons and is not made for vexation or delay but is made in good faith.

9. Moreover, Plaintiff also request an extension of time for Defendant to designate experts by thirty (30) days, which will alleviate any alleged prejudice. Defendant will suffer no harm by the court's granting of this motion; however, Plaintiff will suffer severe prejudice.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(a) extending the time until November 9, 2019 for Plaintiff to tender his expert reports to the Defendant;

(b) extending the time for Defendant's to designate experts to December 9, 2019;

(c) extending the time for Plaintiff to designate rebuttal experts until December 20, 2019; and

(d) for such other and further relief as may be deemed just and proper.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker
_____
KIM PARKER, ESQUIRE
FEDERAL BAR NO.: 23894
COUNSEL FOR PLAINTIFF
2123 Maryland Avenue
Baltimore, Maryland 21218
Office: 410-234-2621
Fax: 410-234-2612

E: info@kimparkerlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 29th day of October 2019, a copy of Plaintiff's Motion Extension of Time was served on counsel for the Defendant, by the Court's CM/ECF Filing System.

/s/ Kim Parker
_____
KIM PARKER, ESQUIRE