U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN -6 AM 10:46

CLERK'S OFFICE
AT BALTIMORE

Approved
USDJ
BY ____ DEPUTY 1/6/20

# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT
Baltimore Division

| | |
|---|---|
| **SAMUEL GREEN** <br><br> Plaintiff <br><br> V. <br><br> **AMF BOWLING CENTERS, INC.** <br><br> Defendant | Civil Case No.: **1:19-cv-1410** |

## NOTICE OF SUBSTITUTION OF COUNSEL

**WILL THE CLERK OF THE COURT** please enter the appearance of JESSIE LYONS CRAWFORD, ESQ, and THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC, as Co-Counsel for the Plaintiff and withdraw the appearance of Michael J. Moran and The Law Offices of Michael J. Moran, P.C.

/s/ Michael Moran*                             /s/ Jessie Lyons Crawford

_____                    _____
Michael J. Moran, Esq.                         Jessie Lyons Crawford, Esq.
Fed Bar No.: 1363                              Fed Bar No.: 25247
The Law Offices of Michael J. Moran, P.C.      The Law Offices of Jessie Lyons Crawford
3407 Eastern Blvd, Suite A                     2601 Maryland Avenue
Middle River, Maryland 21220                   Baltimore, Maryland 21218
410-687-8494                                   410-662-1230
E: lawofficesofmikemoran@gmail.com             E: attorneyjlcrawford@verizon.net

*With Permission

CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing Notice of Substitution of Counsel, was served on all counsel of record, by the Court's ECF filing system.

/s/ Jessie Lyons Crawford
_____
Jessie Lyons Crawford, Esq.