# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DISTRICT

| | |
|---|---|
| **SAMUEL GREEN** | * |
|     **Plaintiff,** | * |
| v. | *   Case No. 1:19-cv-01410-ELH |
| **AMF BOWLING CENTERS, INC.** | * |
|     **Defendant.** | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## DEFENDANT AMF BOWLING CENTERS, INC.'S MOTION FOR PROTECTIVE ORDER AND FOR SUCH OTHER RELIEF AS THE COURT DEEMS APPROPRIATE

Defendant AMF Bowling Centers, Inc. ("Defendant" and/or "AMF Bowling"), by and through its undersigned counsel, WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP, and pursuant to Federal Rule 26, submits this Motion for Protective Order, and states as follows:

1. On January 2, 2020, communications were exchanged between counsel for Defendant AMF Bowling and counsel for Plaintiff Samuel Green in an effort to schedule a telephonic conference to discuss mutual availability for depositions.

2. During these communications, Plaintiff's Counsel informed Defendant's Counsel that the telephone conference would be recorded and transcribed by a court reporter. Defendant's Counsel objected to the recording and use of a court reporter. Plaintiff's Counsel noted the objection, but insisted that a court reporter would be utilized nonetheless.

3. On January 6, 2020, counsel for Defendant advised Plaintiff's counsel that Maryland law requires the consent of all parties to record a conversation and requested that the call proceed without the use of a court reporter and advising that the instant Motion would be filed. *See Exhibit 1, attached.* Plaintiff's counsel has not responded to that request.

4. This Court has diversity jurisdiction over this suit. Accordingly, the matter could have been brought in Maryland State Court, and therefore Maryland substantive law applies to the proceedings.

5. The Maryland Wiretapping and Electronic Surveillance Act makes it unlawful for any person to willfully intercept, disclose, or use the contents of any wire, oral, or electronic communication without the consent of all parties to the communication. Maryland Code, Cts. & Jud. Proc. § 10-402.

6. This scheduled telephonic conference is not a formal discovery event, is not required to be noted with the Court, and therefore is not subject to the recording and transcription requirements set forth in Federal Rule 30(b)(3) for depositions or elsewhere.

7. Defendant's Counsel has clearly and explicitly withheld consent to record and transcribe the telephonic conference between Plaintiff's Counsel and Defendant's Counsel, and has objected to the same.

8. Plaintiff's Counsel has not set forth a genuine reason for requesting the recording and transcription of the telephonic conference, and recording of the same would only serve as an annoyance and undue burden upon Defendant's Counsel, and would not foster open communication between the parties.

9. Accordingly, Defendant requests this Honorable Court to grant its Motion for Protective Order prohibiting Plaintiff's Counsel from recording and transcribing this and future telephonic conferences in which one or more parties withhold consent. Defendant further requests that this Court award such relief as deemed appropriate given the facts and circumstances described herein.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant its Motion for Protective Order, and provide other such relief this Court deems necessary and proper.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ
        EDELMAN & DICKER, LLP

By:    */s/ Brigitte J. Smith*
        Brigitte Smith (Fed. Bar No. 28426)
        Brigitte.Smith@wilsonelser.com
        500 E. Pratt Street, Suite 600
        Baltimore, MD 21202-3173
        Tel.  410-962-7387
        Fax. 410-962-8758
        *Counsel to Defendant, AMF Bowling Centers, Inc.*

## **CERTIFICATE OF GOOD FAITH**

I HEREBY CERTIFY that good faith attempts and efforts were made to resolve this dispute pursuant to Federal Rule 26(c)(1).

By:    */s/ Brigitte J. Smith*
        Brigitte Smith (Fed. Bar No. 28426)

964257v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 7th day of January, 2020, a copy of the foregoing Defendant AMF Bowling Centers, Inc.'s Motion for Protective Order was served via the Court's ECF filing system, to all counsel of record, as follows:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Fed. Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230

*Counsel for Plaintiff*

By:     __/s/ Brigitte J. Smith_____
             Brigitte Smith (Fed. Bar No. 28426)

964257v.1