# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DISTRICT

| | |
|---|---|
| **SAMUEL GREEN** | * |
|     **Plaintiff,** | * |
| v. | *    Case No. 1:19-cv-01410-ELH |
| **AMF BOWLING CENTERS, INC.** | * |
|     **Defendant.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT AMF BOWLING CENTERS, INC.'S MOTION TO QUASH DEPOSITIONS OF AMF BOWLING CENTERS, INC. AND ANITA MANION

Defendant AMF Bowling Centers, Inc. ("Defendant" and/or "AMF Bowling"), by and through its undersigned counsel, WILSON ELSER MOSKOWITZ EDELMAN AND DICKER LLP, and pursuant to Federal Rule 45, submits this Motion to Quash Depositions of AMPF Bowling Centers, Inc. and Anita Manion, and states as follows:

1. On January 1, 2020, Samuel Green, Plaintiff, served two (2) Notices of Deposition upon Anita Manion and Defendant AMF Bowling Centers, Inc.

2. The deposition of Anita Manion is noted to take place on January 13, 2020, at 10:15A.M. The deposition of Defendant AMF Bowling, through a corporate designated person or persons, is noted to take place on January 23, 2020, at 9:00A.M.

3. On November 26, 2019, Plaintiff, through counsel, sent a letter to Defendant's counsel requesting identification of a corporate designee for deposition purposes, and also requesting the deposition of three (3) employees: Anita Manion, David Goldwasser, and Robert Dyer. Plaintiff's letter requested availability dates only in the month of December.

4. Although plaintiff's counsel and defendant's counsel exchanged emails regarding a conference call to secure mutually agreeable following receipt of the November 26 letter, no date

964055v.1

was cleared and consented to by Defendant's counsel for either deposition of Anita Manion or an AMF Bowling corporate designee.[1]

5. As these dates were never agreed upon, the availability of deponents Anita Manion and AMF Bowling's corporate designee are unknown and therefore unconfirmed.

6. Defendant's counsel engaged in good faith efforts with Plaintiff's counsel to identify mutually agreeable dates upon which to note the requested depositions, and was never informed as to the dates on which Plaintiff intended to note the requested depositions.

7. Federal Rule 45(d)(3)(A) permits the Court to quash a Subpoena and Notice of Deposition when such has failed to provide reasonable time to comply, and where it subjects a party to undue burden.

8. The notices served by Plaintiff do not provide adequate time prior to the noted deposition dates, and the failure by Plaintiff to designate mutually agreed upon dates, particularly in light of the open communications between the Parties to identify available dates, creates an undue burden upon Defendant and the noted deponents.

9. Defendant objects to these Notices of Depositions as the dates were never cleared nor confirmed with Defendant or Defendant's counsel, and as such appearance on both dates poses an undue burden under to Federal Rule 45(d)(3)(A).

10. Accordingly, Defendant requests this Honorable Court to quash Plaintiff's Notices of Deposition of AMF Bowling Centers, Inc. and Anita Manion, and orders the Parties to designate alternative mutually agreed upon dates for the same.

---

[1] Contemporaneously with this filing, Defendant has filed a Motion for Protective Order as Plaintiff's counsel would not agree to conduct the conference without a court reporter, despite being advised that defense counsel did not consent to being recorded.

WHEREFORE, Defendant respectfully requests this Honorable Court quash Plaintiff's Notices of Deposition of AMF Bowling Centers, Inc. and Anita Manion, and provide other such relief this Court deems necessary and proper.

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ
                EDELMAN & DICKER, LLP

By:    */s/ Brigitte J. Smith*
       Brigitte Smith (Fed. Bar No. 28426)
       Brigitte.Smith@wilsonelser.com
       500 E. Pratt Street, Suite 600
       Baltimore, MD 21202-3173
       Tel. 410-962-7387
       Fax. 410-962-8758
       *Counsel to Defendant, AMF Bowling Centers, Inc.*

## **CERTIFICATE OF GOOD FAITH**

I HEREBY CERTIFY that good faith attempts and efforts were made to resolve this dispute pursuant to Federal Rule 26(c)(1).

By:    */s/ Brigitte J. Smith*
       Brigitte Smith (Fed. Bar No. 28426)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of January, 2020, a copy of the foregoing Defendant AMF Bowling Centers, Inc.'s Motion to Quash Depositions of AMF Bowling Centers, Inc. and Anita Manion was served via the Court's ECF filing system, to all counsel of record, as follows:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Fed. Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230

*Counsel for Plaintiff*

By:   __/s/ Brigitte J. Smith_____
         Brigitte J. Smith

964055v.1