# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT BALTIMORE DIVISION

| | |
|---|---|
| **SAMUEL GREEN**  PLAINTIFF  V.  **AMF BOWLING CENTERS, INC.**  DEFENDANT | CIVIL CASE NO.:**1:19-cv-01410-ELH** |

## CONSENT MOTION TO STAY CASE
## ALL FURTHER PROCEEDINGS

**NOW COMES,** Samuel Green, (hereinafter referred as the "Plaintiff"), by and through his undersigned counsel, and moves this Court for a Forty-Five Day Stay and for reasons state:

1. The plaintiff is presently hospitalized for a serious medical condition and unable to participate in the prosecution of his case.

2. In light of Plaintiff's serious medical condition, he is unable to execute amended discovery responses, or to give testimony under oath.

3. It is well settled that federal courts have the inherent authority to control their dockets, including the power to stay proceedings pending before them. See <u>United States v. Clark Constr. Grp., LLC</u>, No. PJM 15-2885, 2016 WL 4269078, at *7 (D. Md. Aug. 15, 2016) (citing <u>Landis v. North American Co</u>., 299 U.S. 248, 254 (1936)).

1

4. In this District, courts consider three factors when evaluating a request for a stay: "(1) the interests of judicial economy; (2) hardship and equity to the moving party if the action is not stayed; and (3) potential prejudice to the non-moving party." *Davis v. Biomet Orthopedics*, LLC, Civ. No. JKB–12–3738, 2013 WL 682906 (D. Md. Feb. 22, 2013) (citations and internal quotation marks omitted).

5. A stay is appropriate because judicial economy would be furthered, the Plaintiff would suffer extreme prejudice if his case was forced to move forward in his absence, and there is no prejudice to the non-moving party, as they consent to the relief requested.

6. This Motion is not filed for dilatory purposes or to unduly delay these proceedings, but for good cause. Courts have found stays of six months to 18 months to be reasonable and not prejudicial. See, e.g., *Audio MPEG, Inc. v. Hewlett-Packard Comp*., No. 2:15CV73, 2015 WL 5567085, at *5 (E.D. Va. Sept. 21, 2015) (nothing that " . . . a stay of at most eighteen months will not unduly prejudice plaintiffs . . ." ).

7. Plaintiff will suffer severe prejudice if the Motion is denied.

**WHEREFORE,** Plaintiff respectfully request that the Honorable Court grant a stay of all further proceedings for forty-five (45) days, with the right of Plaintiff to renew his request for good cause shown, and for such other and further relief as may be deemed just and proper.

Respectfully Submitted,

/s/ Kim Parker
_____
Kim Parker, Esq.
Fed. Bar No.:23894
THE LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
O: 410-234-2621
F: 410-234-2612
E: kp@kimparkerlaw.com

Jessie Lyons Crawford, Esq.
Fed. Bar No.:68788
THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
O: 410-662-1230
F: 410-662-1238
E: attorneyjlcrawford@verizon.net

COUNSEL FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff Motion to Stay all Further Proceedings was served via the Courts ECF filing system on this 10th day of January 2020, to:

**BRIGITTE SMITH, ESQUIRE**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
500 East Pratt Street, Suite 600
Baltimore, Maryland 21202
Counsel for Defendant

/s/ Kim Parker
_____
Kim Parker, Esquire