FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN 13 AM 9:44

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DISTRICT BALTIMORE DIVISION

| | |
|---|---|
| **SAMUEL GREEN** <br><br> PLAINTIFF <br><br> V. <br><br> **AMF BOWLING CENTERS, INC.** <br><br> DEFENDANT | CIVIL CASE NO.: **1:19-cv-01410-ELH** |

## ORDER

THIS MATTER having come before the Court on Plaintiff's Consent Motion to Stay All Further Proceedings, the Court having reviewed the Motion, being advised in the premises, and finding that cause exists to approve the Motion;

IT IS ORDERED that the Motion is approved; and

IT IS FURTHER ORDERED that all proceedings in this matter, including discovery, are stayed for forty-five (45) days from the date of this ORDER,

IT IS FURTHER ORDERED that no later than forty-five days from the date of this ORDER that parties shall file Status Report outlining the status of the Plaintiff's medical condition and the need for any additional stays for good cause shown.

This 13th day of Jan., 2020

_Ellen R. Hollander_
The Honorable Ellen L. Hollander