## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT

| | |
|---|---|
| **SAMUEL GREEN** | * |
| **Plaintiff,** | * |
| v. | *     **Case No. 1:19-cv-01410-ELH** |
| **AMF BOWLING CENTERS, INC.** | * |
| **Defendant.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

UPON CONSIDERATION of Defendant AMF Bowling Centers, Inc.'s Motion to Vacate

Order to Lift Stay and Grant Motion to Amend Amended Complaint and Motion to Extend

Deadline to Oppose Order Granting Plaintiff's Motion to Amend Amended Complaint, it is this

29th day of June , 2020, by this Court,

ORDERED, that Defendant's Motion be and hereby is GRANTED IN ITS ENTIRETY, is ~~part~~

FURTHER ORDERED, that the order (portion of the) (ECF 43) lifting stay ~~and granting Plaintiff's Motion to~~ the portion of the order granting the motion to amend the Amend Amended Complaint, is VACATED, and it is (ECF 43)

FURTHER ORDERED, that the deadline for Defendant to oppose ~~order granting~~

Plaintiff's Motion to Amend Amended Complaint ~~is EXTENDED to 15 days after Plaintiff~~ is extended to July 20, 2020;

~~certifies that he intends to pursue this litigation and is physically able to participate in discovery.~~ Plaintiff and defendant shall submit a status report (joint if possible) by July 14, 2020.

Ellen R. Hollander
_____
Judge