

July 13, 2020

**Brigitte J. Smith**
410.962.7224 (direct)
Brigitte.Smith@wilsonelser.com

Hon. Ellen L. Hollander, District Judge
101 West Lombard Street
Chambers 5B
Baltimore, MD 21201

**Re:** Samuel Green v. AMF Bowling Centers, Inc.
Case No.: 1:19-cv-01410-ELH

Dear Judge Hollander:

Please accept this correspondence in accordance with Your Order dated June 29, 2020. Since the issuance of said Order, undersigned counsel has made several attempts to reach counsel for Plaintiff without success. We will be filing an Opposition to the Motion to Amend the Complaint, or in the alternative, Motion to Dismiss for Failure to State a Claim and for Failure to Prosecute, based on the resulting prejudice to defendant from the continued delay to further this claim on or before July 20, 2020.

Please feel free to contact this office should you need any further information.

Very truly yours,

*/s/ Brigitte J. Smith*

Brigitte J. Smith

999839v.1