**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

| | | |
|---|---|---|
| SAMUEL GREEN | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| AMF BOWLING CENTERS, INC. | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S STATUS REPORT AND MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Samuel Green, by his undersigned counsel, respectfully submits their status report and Motion to Extend Scheduling Order, and move this Court for a modification of the Scheduling Order, and further provides the following Status Report:

1. On January 15, 2020, the parties, jointly filed a Motion to Stay this case due to the Plaintiff's personal medical condition.

2. Prior to the filing the joint Motion to Stay, undersigned counsel spoke with Defense counsel regarding her outstanding discovery, including, the failures to submit to depositions. At that time, it was agreed that the parties, after the stay was lifted, would jointly move for extension of discovery. Exhibit A.

3. On April 17, 2020, Plaintiff was released from medical care. The stay in this matter should now be lifted and the case should proceed on the merits.

4. On July 13, 2020, Defendants filed a premature status letter, without the input of Plaintiff.

5. On July 13, 2020, the undersigned sent defense counsel a draft joint status report, along with a proposed modification of all deadlines. On July 14, 2020, defense counsel

responded that she did not consent to an extension of all deadlines, and that she had already filed a status report. Exhibit B.

6. At the time the stay was entered, there was an ongoing discovery dispute respecting (1) Defendants failure to submit to a deposition and (2) Defendants failure to answer discovery fully and provide necessary and relevant documents to Plaintiff. See Discovery Exhibits and record.

7. As of this writing, Defendant has not supplemented their discovery, nor has the Plaintiff been given opportunity to depose any of Defendants witnesses. Defendants objection to an extension of discovery, despite the prior agreement of the parties, prejudices the Plaintiff and promotes ill will.

8. At the time of the stay, Plaintiff attempted to convene a discovery conference to discuss the relevant issues, but Defendants filed a Motion to Quash, which was subsequently denied by the Court.

9. Therefore, in light of the foregoing, Plaintiff request modification of the scheduling order to permit them time to conduct discovery as follows:

|  | **Current Deadline** | **Requested Deadline** |
| --- | --- | --- |
| Discovery Deadline | 02/25/2020 | 09/25/2020 |
| Requests for Admission | 03/03/2020 | 10/02/2020 |
| Dispositive Pretrial Motions | 03/24/2020 | 10/26/2020 |

10. Good cause exists to allow the modest extensions of the Scheduling Order as set forth above and no party is prejudiced.

11. Moreover, in the interest of expedience, the Court should also Order Defendants to provide deposition dates to undersigned counsel, by a date certain, and respond fully to Plaintiff's discovery, as succinctly represented in the discovery exhibits attached to this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter an Order referring this case to a Magistrate Judge for a Settlement/ADR Conference to occur after the close of discovery; and

B. Enter an Order extending the Scheduling Order deadlines by as outlined above.

C. Enter an Order ordering the Defendant to immediately provide deposition dates.

D. Enter an Order compelling the Defendant to provide full and complete responses to Plaintiff's discovery, and

E. For such other and further relief as may be deemed just and proper.

Respectfully submitted,

__/s/ *Jessie Lyons Crawford*_____
Jessie Lyons Crawford, Esq.
Fed. Bar No.:68788
THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
O: 410-662-1230
F: 410-662-1238
E: attorneyjlcrawford@verizon.net

Kim Parker, Esquire
THE LAW OFFICES OF KIM PARKER, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
T: 410-234-2621
F: 410-234-2612
E: kp@kimparkerlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this  14th  day of  July    , 2020 a copy of the foregoing Status Report and Motion to Extend Scheduling Order with Proposed Order was filed and served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

                                                */s/ Jessie Lyons Crawford*
                                                Jessie Lyons Crawford