THE LAW OFFICE OF

# JESSIE LYONS CRAWFORD, LLC

"BEGIN WITH BELIEVING THAT YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ.**

January 8, 2020

Brigitte Smith, Esq.
500 East Pratt Street
Suite 600
Baltimore, MD  21202

Re:   Green v. AMF Bowling Centers, Inc.
      *Case No.:*  **1:19-CV-01410-ELH**

Dear Ms. Smith:

It was a pleasure to speak with you today.  I look forward to working with you on the Green case.

This confirms our conversation today wherein we agreed to file a Consent Motion to Stay the Green matter due to my client's health condition.  We did not speak about a timeframe but based on my understanding of our client's condition, I will ask for a 45-day stay.  We also agreed to file a consent motion to extend the discovery deadline once the stay has expired. (I am unable to anticipate when my client will be able to participate in litigation or whether additional time for the stay is necessary. Therefore, I suggest we get closer to the expiration of the stay period to determine the date to extend the discovery the deadline.) We also agreed that once discovery resumes we promptly provide dates for depositions of respective witnesses and clients.

You also agreed to withdraw your Motion for Protective Order. I requested that you consent to the Motion to Amend the Complaint and you declined to do so.  Thus, we will not withdraw the Motion to Amend the Complaint.

Please let me know if I have not accurately reflected our discussion and agreements. Kindy provide your objections by Friday, January 10, 2019.  Thank you.

Very truly yours,

Jessie Lyons Crawford Esq
Attorney

cc: Kim Parker, Esquire