## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT

SAMUEL GREEN                                          *

      **Plaintiff,**                                *

**v.**                                               *          Case No. 1:19-cv-01410-ELH

AMF BOWLING CENTERS, INC.                            *

      **Defendant.**                               *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## AFFIDAVIT OF THOMAS JOHNSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND AMENDED COMPLAINT AND MOTION TO DISMISS

I, Thomas Johnson, the undersigned, duly declare,

1.  I am over eighteen years of age and am competent to testify as to matter herein.

2.  I have personal knowledge of each fact stated in this declaration, and, if called upon to testify, could and would completely testify thereto

3.  I am currently employed by Bowlero Corp as the Vice President-Risk Management & Safety.

4.  I am qualified to make this affidavit based on my knowledge of AMF Bowling Centers Inc.'s business operations.

Exhibit 2

5.  Beginning as early as May 2015, and at all times relevant herein, it is AMF Bowling Centers, Inc. procedure to place oil on bowling lanes beginning 24 inches beyond the foul line.  AMF Bowling Centers, Inc. procedure is to position or mechanically program the lane conditioning machine 24 inches past the foul line to ensure that no oil will be placed within the first 24 inches of the bowling lane.  AMF Bowling Centers, Inc. procedure also dictates the first 24 inches beyond the foul line are wiped clean of any substance, dirt, or debris.

6.  AMF Bowling Centers, Inc. conducts daily preventative maintenance, including spot cleaning the lanes of dust and removing any foreign objects from the approaches of the bowling lanes.

7.  Approaches to bowling lanes are inspected each morning and again in the afternoon.

8.  Approaches to bowling lanes are dusted prior to the first evening league play or before open play.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE ABOVE IS TRUE AND BASED ON PERSONAL KNOWLEDGE**

__July 20, 2020____
    Date

Thomas Johnson

1001351v.1