| ![Bowlmor AMF logo] | **Approach Maintenance** | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

I. **STANDARD:**

Bowlmor AMF strives to maintain approaches with slide characteristics that satisfy league and open play bowlers. There should be no appreciable lane conditioner absorption or contamination with foreign materials or liquids.

To achieve this goal, approaches will be maintained and cleaned, including maintaining and restoring the approach finish, in accordance with procedures and at the intervals prescribed below.

II. **OPERATING PROCEDURE:**

**Morning Inspection and Spot Cleaning**
- The Facility Manager, or his or her designate, will inspect all approaches each morning.
- The best time to do this inspection is while cleaning and conditioning the bowling lanes, typically every morning.
    - ✓ Inspect the approaches for loose or split boards. Repair any loose or split boards, raised panels or dowel plugs as soon as possible. Mark the lanes in need of repair as unusable until the condition is repaired.
        - Inspect the approaches for foreign materials that could contribute to a guest sticking on the approach:
            - Gum or candy.
            - Liquid spills.
            - Food spills.
            - Dust and/or sand.
            - Ball marks.
        - If the inspection identifies any of these issues, the inspector must make sure the material is removed and the approach condition is cleaned and ready for guests to start bowling.

Page **1** of **12**

**Exhibit 3**

| ![Bowlmor AMF logo] | **Approach Maintenance** | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

- Note: dust and dirt contains sand/silica that will be abrasive to the approach finish and cause early finish breakdown in the slide area of the approach.
- ✓ Use approach cleaner and a dry cloth to remove marks. If this is not successful, use a "Pink Pearl" soft pencil eraser. Remove the eraser residue from the approach and dust the area.
- ✓ To remove foreign objects and spills, first wipe the approach with a cloth slightly dampened with water. Second, use a dry cloth to remove all moisture from the approach finish.
- ✓ Do not use abrasive materials to clean the approach (sandpaper, steel wool, Scotch Brite pads (other green pads), etc.). Abrasive materials will remove the approach finish, creating a grey appearance where the finish has been worn off. Where the approach finish has been worn off, the slide area may become sticky.
- ✓ Inspect each ball return hood and rack to ensure it is firmly bolted in place. Also inspect each ball return blower fan to ensure the fan housing cover is screwed in place and that internal wiring and/or fan blades are covered.
- ✓ Inspect each foul line to make sure it is level with the approach wood and does not have any cracks or splits in the surface of the plastic.
- ✓ Following the inspection, spot cleaning and removal of all obvious foreign material and/or trash, dust the approaches using an approved clean approach dusting device.

**Good Approach Conditions, Clean and Free from Marks and Stains**

AMF 042

|  | Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

 

**Bad Approach Conditions**

**Lane conditioner wicking and staining:** This results from broken lane finish in the heads, and this is caused by the lack of timely and proper lane recoating. The lane and approach is one continuous panel, oil can soak into the wood and wick

 

AMF 043

| ![Bowlmor AMF 1938] | **Approach Maintenance** | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |



**Ball impact marks:**
Bowlers are delivering the ball on the approach side of the foul line. This can be an indicator of poor slide conditions as the bowlers are moving their delivery away from the foul line; this can also be an indicator of dirty underground return tracks.

Bowling balls with aggressive cover stock or "coarse" bowling ball resurfacing will exacerbate this problem. A bowling ball will impact the lane or approach surface

**Dusting Cover Board, Capping, Gutters, and Approaches**
- The center must have, at minimum, two complete sets of dust mop heads to allow for daily rotation and laundering.
- A clean approach dust mop head must be used every day.
- During approach dusting, change the mop head if it becomes contaminated by any foreign material.
- Dust capping and gutters prior to dusting approaches.
- Shake the gutter mops onto the approach side of the foul line to keep the dust and debris in the smallest area possible, avoiding the slide area.
- The approach dusting procedure:
  - ✓ Start at the back of the approach at an end lane and push the mop to the foul line.

AMF 044

| | Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| Bowlmor AMF ·1938· | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

- ✓ Turn the mop head around keeping the dust at the leading edge of the mop and return to the back of the approach (bowler's area/settee).
- ✓ Sweep the duster mop head under the ball return rack to remove any accumulated dust and debris.
- ✓ Be careful not to allow the dust accumulation from the mop to drop off the end of the approach into the bowler's area. If dust should fall into the bowler's area, clean up the dust.
- ✓ Repeat this procedure until entire approach is dusted.
- When all approaches have been dusted, shake the mop at the end of the last approach.
- Clean up the accumulation of dust and debris using a dust pan and broom.

AMF 045

| | Approach Maintenance | Sponsor: Facilities | Number: FA-7250 |
|---|---|---|---|
| Bowlmor AMF ·1938· | Applies to: All brands and all centers | Date Issued: 05/2015 | Replaces: N/A |

**Evening Inspection and Spot Cleaning**

- The Facility Manager will train the General Manager, Assistant General Manager, or Shift Leader on what to look for when inspecting approaches.
  - ✓ The General Manager, Assistant General Manager, or Shift Leader, will inspect all approaches each afternoon/evening.
    - Inspect the approaches for loose or split boards. Repair any loose or split boards, raised panels or dowel plugs as soon as possible. Mark the lanes in need of repair as unusable until the condition is repaired.
    - Inspect the approaches for foreign materials that could contribute to a guest sticking on the approach:
      - Gum or candy
      - Liquid spills
      - Food spills
      - Dust and/or sand
      - Ball marks
    - If the inspection identifies any of these issues, the inspector must make sure the material is removed and the approach condition is cleaned and ready for guests to start bowling.
  - ✓ Dust approaches before the first shift evening leagues and again before the second shift, or in the absence of a second shift, before open play.
  - ✓ Use the same approach dusting procedure set forth above.
  - ✓ Lane captains, servers, birthday party attendants, or other personnel serving guests should be aware of activities that may affect approach conditions. League guests tend to respect approach conditions more than those guests engaged in:
    - Birthday parties.
    - Corporate events.
    - Extreme bowling.
    - Open play.

AMF 046

| Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|
| **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

### Contaminated Shoes

- Inspect all rental shoes upon return to determine if the soles are contaminated.
- Remove any contaminants on the soles of shoes with a wire brush (if solid) or a damp rag (if liquid).
- Allow shoes cleaned with a damp rag to dry completely prior to being issued to another guest. After drying, brush the sole with a wire brush to clear any remaining residue.
- If a bowler's personal shoes become contaminated, offer a complimentary pair of house shoes. Do not allow contaminated shoes on the approach.
- Bowlmor AMF personnel **MUST NOT** service personal shoes. Due to the large variety of shoe sole and heel compositions, it is not possible to list all of the cleaning options. Direct guests to consult their shoe manufacturer for proper cleaning instructions.

### Lane Conditioning Machine Maintenance

- The lane machine oil filler bottles and lane stripper refill vessels MUST NOT be placed on the approach.
- The lane machine must be pushed 24" out on the lane past the foul line prior to filling the oil tanks.
- The "dash end" lane wheels on a Summit Lane Machine must be cleaned every 8 lanes to avoid transferring conditioner to the approach.
- **NEVER** place oil tanks on the approach.
- The lane machine must be positioned so the buffer starts applying conditioner no less than 24" past the foul line.
- Because the lane machine's cleaning/stripping function will miss the first 24" of the lane, that area between the foul line and the start of the lane conditioner must be wiped clean, removing accumulated lane conditioner, dirt and/or debris.
- Wearing safety glasses and a pair of nitrile or latex gloves, wipe the first 24" of the lane using a cloth dampened with a normally diluted mixture of Formula ACC. Polish off all cleaner residues with a clean dry cloth.

| | Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| Bowlmor AMF 1938 | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

- This is a good opportunity to inspect the foul line decal for wear.
    - ✓ "SLIP HAZARD – DO NOT CROSS FOUL LINE"
- In the event lane conditioner gets on the approach, it must be removed immediately. Clean the affected area with approach spot cleaner and then wipe it dry with a clean cloth.
- <u>**THIS IS ACCEPTABLE.**</u> The lane machine being filled 24" out on the lane. Any oil leaks can be easily cleaned up without the risk of staining the approach. Never place the oil fill bottle on the approach.



| | Approach Maintenance | Sponsor: Facilities | Number: FA-7250 |
|---|---|---|---|
| Bowlmor AMF ·1938· | Applies to: All brands and all centers | Date Issued: 05/2015 | Replaces: N/A |

- We must keep the dash end lane wheels as clean as possible. Wipe these wheels every 8 lanes to remove any oil accumulation that would transfer to the approach resulting in staining.



- **THIS IS NOT ACCEPTABLE.** The lane machine is being filled on the approach side of the foul line. Oil leaks and staining will occur; never place the oil filled bottle on the approach.



| ![Bowlmor AMF logo] | **Approach Maintenance** | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|---|
| | **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

### Approach Finish

- Approach finish will wear off over time; this wear will be accelerated by poor approach maintenance, lane conditioner or lane cleaner spills. Worn approach finish may create a sticking condition.
- Worn finish usually appears near the foul line. One characteristic of worn finish is streaking (see photo).
- Use an approved lane resurfacing contractor to correct/restore a worn approach finish. With RVP approval only, center personnel may be trained to complete approach restoration work.

### Wood Approach Resurfacing and Recoating

- Approaches are to be **"screened and coated"** every 10–12,000 games.
- Keeping the approaches coated with finish will mean a consistent slide area, reducing the stick-slip conditions and reducing the amount of oil absorption into the wood.
- Some centers will need a **"mid-season screen and coat."** This will be determined by geography, maintenance and lineage. This will be indicated by wear identified at the regular approach inspections.
- **"Resurface"** approaches every third year. [h and] level the wood. In low lineage centers, res[   reen] and coats are completed).
- When the approaches are resurfaced, the contractor to **"date stamp"** the approach [stamp] is to be placed in front of the foul detect[o will]

| Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|
| **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

be covered by approach finish and provide a permanent record of the date the resurfacing was completed and by whom.

**Wood Approach Repairs**

- Sometimes an approach repair will require a "patch."
- Only maple patching stock is approved for use when replacing boards on the approach. Epoxy resin is not approved for patching approaches (or lanes), only maple patching stock.
- The minimum approved length for a patch is 18".
- Use an approved lane resurfacing contractor to patch approaches.
- With RVP approval only, center personnel may be trained to complete approach patch repairs.

**HVAC, Carpet and Settee Area Floor**

- Approach condition is significantly impacted by **HVAC operation** (humidity in particular).
  - How humidity impacts approach conditions:
    - If the approach finish is good, the slide area will SLIDE.
    - If the approach finish is worn off - bare wood.
    - Bare wood absorbs moisture, especially on humid days.
    - Then the slide area becomes sticky but you can't see it.
- Replace the HVAC filters according to schedule.
- Make sure that the approach finish in the slide area has not worn off.
- Approach condition is significantly impacted by **carpet cleanliness.**
  - Vacuum the concourse carpet and clean it on a regular basis.
  - Regular hot water extraction improves carpet cleanliness.
  - Centers near industrial plants, construction, and the seashore are especially susceptible to contaminants. Use walk off mats at each entrance, especially during inclement weather, rain, snow, etc.

AMF 051

| Approach Maintenance | **Sponsor:** Facilities | **Number:** FA-7250 |
|---|---|---|
| **Applies to:** All brands and all centers | **Date Issued:** 05/2015 | **Replaces:** N/A |

- Approach condition is significantly impacted by **bowler's settee floor cleanliness.**
    - ✓ Mop the settee with a mild cleaning solution (preferably water only).
    - ✓ Use fresh mop heads.
    - ✓ Do not use bleach as it may create a sticking condition.

III. **ADDITIONAL RESOURCES:**

- *Operating Standard FA-7200 PM Lanes and Related*
- *High Performance Lane Maintenance Manual*

AMF 052