**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **SAMUEL GREEN**  <br><br>         Plaintiff,  <br>vs.  <br><br>**AMF BOWLING, INC.**  <br><br>         Defendant. | CIVIL CASE NO.  <br>**1:19-CV-01410-ELH** |

**PLAINTIFF NOTICE OF INTENT TO SERVE**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION,**
**OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES**

Pursuant to Rule 45 of the Federal Rules of Civil Procedures, Samuel Green, gives notice of his intent to serve a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES, to ESIS, Inc., located at The Corporation Trust, Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093. Unless objection is made by August 10, 2020 the subpoenas will be properly served. This Notice was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF System.

Respectfully Submitted,

/s/ Jessie Lyons Crawford

JESSIE LYONS CRAWFORD, ESQ.
FED. BAR NO.:68788
THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
2601 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
O: 410-662-1230
F: 410-662-1238
E: ATTORNEYJLCRAWFORD@VERIZON.NET

COUNSEL FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **SAMUEL GREEN** | |
| Plaintiff, | |
| vs. | |
| **AMF BOWLING, INC.** | CIVIL CASE NO. <br> **1:19-CV-01410-ELH** |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the within and foregoing **DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** was filed this day with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

/s/ Jessie Lyons Crawford
_____
Jessie Lyons Crawford, Esquire
Counsel for Plaintiff