UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

July 28, 2020

RE: *Green v. AMF Bowling Centers, Inc.*
Civil No.: ELH-19-1410

# **LETTER ORDER**

Dear Counsel:

This case has been referred to me for discovery and related scheduling. This letter order memorializes our discussion during today's conference call regarding the discovery deadline and various discovery disputes.

The scheduling order, ECF Nos. 22, 23, is amended as follows:

November 2, 2020: Fact and expert discovery deadline; submission of status report

November 9, 2020: Requests for admission

December 2, 2020: Dispositive pretrial motions deadline

By July 30, 2020, plaintiff will produce the requested information regarding damages.

By August 5, 2020, defendant will provide plaintiff with a privilege log. By that same date, the defendant will produce the table of contents of its safety manual, and the parties will meet and confer regarding whether additional sections of the manual are discoverable and the need for Court intervention on the matter.

By August 10, 2020, the parties will finalize the deposition schedule. If they cannot come to an agreement, they will inform the Court by that date about any scheduling issues.

The parties are encouraged to contact Judge Copperthite to reschedule the settlement conference.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Deborah L. Boardman
United States Magistrate Judge