

# THE LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

www.generalpracticelawbaltimore.com

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

August 14, 2020

**VIA ELECTRONIC MAIL**
Hon. Deborah L. Boardman, Magistrate Judge
United States District Court of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

Re:   **Matter: Samuel Green vs. AMF Bowling, Inc.**
      **Our File No.: 2020-205788**
      **Case No.: 1:19-CV-01410-ELH**

Dear Judge Boardman:

Please accept this letter as a supplemental response to Plaintiff's August 10, 2020 correspondence, in response to the defendant's August 10, 2020 letter regarding a purported discovery dispute as it relates to deposition scheduling. In Plaintiff's correspondence, he indicated that the Defendant did not provide new dates for their respective liability experts rescheduled deposition. In response, defense counsel provided a copy of an August 5, 2020, email, wherein, she did in fact provide those dates to the undersigned. The undersigned expressed her apologies to defense counsel, and files this correspondence to correct the record herein.

Thank you for your time and consideration. I am:

Very truly yours,

**THE LAW OFFICES OF
JESSIE LYONS CRAWFORD, LLC**

_Jessie Lyons Crawford_
Jessie Lyons Crawford, Esq.

cc:   Kim Parker, Esquire
      Brigitte J. Smith, Esquire

*"Begin with Believing You Will Succeed "*