**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **SAMUEL GREEN** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No. 1:19-cv-01410-ELH** |
| **AMF BOWLING CENTERS, INC.** | * | |
| **Defendant.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

Under the terms and provisions of Federal Rules of Civil Procedures, Defendant AMF Bowling Centers, Inc., gives notice of its intent to serve the attached SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES, TO the Custodian of Radiology Records, Custodian of Billing Records, Custodian of Medical Records (Physician & Health Information Management) of MedStar Good Samaritan Hospital, located at 5601 Loch Raven Boulevard, Baltimore, Maryland 21239. Unless objection is made by September 3, 2020, the subpoenas (attached as **exhibits 1 -4**) will be properly served. This Notice was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF System.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**

1006364v.1

By:    */s/ Brigitte Smith*_____
Brigitte J. Smith (Federal Bar No. 28426)
Brigitte.Smith@wilsonelser.com
Michael J. Silvestri (Federal Bar No. 30187)
Michael.Silvestri@wilsonelser.com
500 E. Pratt Street, Suite 600
Baltimore, MD 21202-3173
Tel.  410-962-7387
Fax. 410-962-8758

*Attorneys for Defendant AMF Bowling Centers, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19th day of August, 2020, that the foregoing Plaintiff's Notice of Intent to Serve Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises was filed this day with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record as follows:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
attorneyjlcrawford@verizon.net
*Counsel for Plaintiff*

                                        */s/ Brigitte Smith*_____
                                        Brigitte J. Smith (Federal Bar No. 28426)

1006364v.1

3