

August 26, 2020

**Brigitte J. Smith**
410.962.7224 (direct)
Brigitte.Smith@wilsonelser.com

Hon. Deborah L. Boardman, Magistrate Judge
101 West Lombard Street
Chambers 3C
Baltimore, MD 21201

**Re:    Samuel Green v. AMF Bowling Centers, Inc.
           Case No.: 1:19-cv-01410-ELH**

Dear Judge Boardman:

    In accordance with this Court's July 20, 2020 Letter Order, the parties are filing this joint letter regarding a discovery dispute that they are requesting the Court to resolve. In particular, the parties are requesting the Court to resolve a dispute concerning the fee being charged by the plaintiff's expert witness Dr. C.J. Abraham for a deposition noted by the defendant. Dr. Abraham is charging a fee of $4,500.00 for a two-hour deposition, and the defendant intends to file a Motion to Determine Reasonable Expert Fee, requesting that the Court determine a reasonable fee for Dr. Abraham's deposition. The parties have conferred regarding this matter on August 20, 2020, per Local Rule 104.7, but have been unable to reach a resolution.

    Thank you for your attention to this matter.

Very truly yours,

*/s/ Brigitte J. Smith*           */s/ Jesse Lyons Crawford*

Brigitte J. Smith                  Jesse Lyons Crawford