## Engineer's Curriculum Vitae



**CURRICULUM VITAE**
**BRIAN L. MILLS, P.E.**
Mechanical Engineer

**Academic Background**
M.S., Engineering Management, Walden University, 2008
B.S., Mechanical Engineering, West Virginia University, 1995

**Registrations**
Registered Professional Engineer, State of Maryland, License No. 28412

**Qualifications**
Certified Counterbalance Forklift Operator, April 2019
Certified Amusement Ride Safety Inspector, Certificate No. CN-3727, March 2018
OSHA 30, General Industry, OSHA Training Institute, August 22, 2012
Certified Training Instructor, Aerial Work Platforms and Rough-Terrain Forklifts, March 2013
CXLT Certification, Certificate No. 1306484, EXCEL Tribometers, LLC, June 2013

**Professional Work History**
Mechanical Engineer, CED Technologies Inc., 2012 – Present
Adjunct Professor, Anne Arundel Community College, Arnold, MD, 2015 - Present
Engineering Program Manager, Syntonics, LLC, Columbia, MD, 2011 - 2012
General Engineering Manager, Spectrum Microwave, Delmar, DE, 2009 - 2010
Adjunct Professor, University of Maryland Eastern Shore, Princess Anne, MD, 2009 - 2010
Adjunct Professor, Wor-Wic College, Salisbury, MD, 2009 - 2010
Manufacturing Engineering Supervisor, K & L Microwave, Salisbury, MD, 2000 - 2009
Lean Operations Manager, Rexam Beverage Can, Monmonth Junction, NJ, 1999 - 2000
Product Engineer, Siemens-Westinghouse Corp. Power Generation Business Unit, Winston Salem, NC and Orlando, FL, 1995 - 1999

**Professional Societies**
American Society of Mechanical Engineers (ASME)

**Areas of Expertise**

| | |
|---|---|
| Mechanical Engineering | Human Factors |
| Manufacturing | Consumer Products and Appliances |
| Machinery Analysis, Interlocks and Guarding | Mechanical Systems Design and Analysis |
| Mechanical Power Transmission | Natural and Propane Gas Systems |
| Accident Reconstruction | OSHA / Workplace Safety |
| Aerial Work Platform, Forklift, Skid-Steer | Slip, Trip and Fall |
| Plumbing Components / Piping Systems | Elevators and Escalators |
| Recreational Products | Lean Manufacturing Continuous Improvement |
| Amusement Park Rides | |

**CED TECHNOLOGIES, INC.**



**CURRICULUM VITAE**
**BRIAN L. MILLS, P.E.**
Mechanical Engineer

### Publications

"Improving high variable-low volume operations: an exploration into the lean product development", International Journal of Technology Management, 2012, Vol. 57, No. 1/2/3, pp. 49-70, Hassan Qudrat-Ullah, Baek Seo Seong, Brian L. Mills

### Professional Education

Fundamentals of Lighting Course Certificate of Completion, Illumination Engineering Society (IESNA), December 3, 2018
Certified Amusement Ride Safety Inspector, NAARSO Certification No. CN-3727, National Association of Amusement Ride Safety Officials, March 16, 2018
Elevator and Escalator Combo Course, American Society of Mechanical Engineers, September 2014
Train-The-Trainer, JLG Ground Support Training, JLG Industries, Inc., March 14, 2013
JLG Rough-Terrain Forklift Safety Course, March 2013
JLG Aerial Work Platform Safety Course, March 2013
Single and Extension Ladder Safety, American Ladder Safety Institute, February 2013
Documenting the Event, CFI Trainer.Net, January 2013
Ladder Safety, Werner Ladder, January 2013