**IN THE UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION**

**SAMUEL GREEN**

       Plaintiff,

vs.

**AMF BOWLING, INC.**

    Defendant.

CIVIL CASE NO.
**1:19-CV-01410-ELH**

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MULTIPLE SUBPOENAS**

NOW COMES Samuel Green, by and through his undersigned counsel, and objects to the Defendant's Notice of Intention to Issue Subpoenas to multiple third parties and for reasons state:

1. The Defendant has issued various Subpoenas to third parties including several of Plaintiff's medical providers and employers.

2. The Defendant failed to include the attachments to the Subpoenas, thus, Plaintiff is unable to determine which documents Defendant's are asking for. Defendant's failure to provide the attachments to the subpoenas has deprived Plaintiff of all opportunities to provide a more substantive response.

Wherefore, Plaintiff respectfully request that this court deny the Defendant's Subpoenas until such time as they comply with the rules and provide the scope of the documents that they are seeking and for such other and further relief as may be deemed just and proper.

.

      Respectfully Submitted,

      /s/ Jessie Lyons Crawford

      _____

      JESSIE LYONS CRAWFORD, ESQ.
      FED. BAR NO.:68788
      THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
      2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218
O: 410-662-1230
F: 410-662-1238
E: ATTORNEYJLCRAWFORD@VERIZON.NET

COUNSEL FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## BALTIMORE DIVISION

**SAMUEL GREEN**

       Plaintiff,

vs.

**AMF BOWLING, INC.**

    Defendant.

CIVIL CASE NO.
**1:19-CV-01410-ELH**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the within and foregoing **OBJECTION DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** was filed this day with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

/s/ Jessie Lyons Crawford
_____
Jessie Lyons Crawford, Esquire
Counsel for Plaintiff