# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
# NORTHERN DISTRICT

| | | |
|---|---|---|
| **SAMUEL GREEN** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| **AMF BOWLING CENTERS, INC.** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RECORDS TO BE PRODUCED BY METRO CREMATORY, INC. PURSUANT TO SUBPOENA

Under the terms and provisions of Fed. R. Civ. P. 45, Metro Crematory, Inc., shall produce, on or before the dates specified below, at the address specified below, all documents specified in the schedule

**DATE & TIME:** TBD

**PLACE:** **Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
**500 East Pratt Street, Suite 600**
**Baltimore, Maryland 21202**

Please produce for inspection and copying **employment application[s], disciplinary records, payroll records, discharge from employment records, claims, personnel records, W-2 & W-4 forms, correspondence or handwritten notes with regard to employment, state, local and federal tax documents, Social Security records, medical records and reports, disability claims, application forms, termination forms, records of benefits, notes, file memoranda and/or any and all correspondence or documents regarding SAMUEL**

1004963v.1

**THOMAS GREEN, S.R., D.O.B. 01/01/1950.**

**Please certify** that the requested records and documents provided by you are true and accurate copies of employment and/or medical records maintained by your facility, and should be certified as correct by the custodian of records or other person authorized to make the certification. Attached is a certification form.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By:    */s/ Michael J. Silvestri*
       Brigitte J. Smith (Federal Bar No. 28426)
       Brigitte.Smith@wilsonelser.com
       Michael J. Silvestri (Federal Bar No. 30187)
       Michael.Silvestri@wilsonelser.com
       500 E. Pratt Street, Suite 600
       Baltimore, MD 21202-3173
       Tel. 410-962-7387
       Fax. 410-962-8758

*Attorneys for Defendant AMF Bowling Centers, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this _____, a true copy of the foregoing was served via electronic mail to all counsel of record:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621

kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
attorneyjlcrawford@verizon.net

*Counsel for Plaintiff*

                                                   */s/ Michael J. Silvestri*
                                                   Michael J. Silvestri (Federal Bar No. 30187)