# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT

| | | |
|---|---|---|
| **SAMUEL GREEN** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| **AMF BOWLING CENTERS, INC.** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RECORDS TO BE PRODUCED BY CUSTODIAN OF MEDICAL AND BILLING RECORDS FOR MULTI-SPECIALTY HEALTHCARE MRI PURSUANT TO SUBPOENA

Under the terms and provisions of Fed. R. Civ. P. 45, Custodian of Medical and Billing Records for Multi-Specialty HealthCare MRI shall produce, on or before the dates specified below, at the address specified below, all documents specified in the schedule

**DATE & TIME:** TBD

**PLACE:** Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
500 East Pratt Street, Suite 600
Baltimore, Maryland 21202

Please produce for inspection and copying **any and all medical/radiology records, itemized billing records, and reports, computer records and files, e-mails, Electronically Stored Information (ESI), radiology films, x-rays, CT scans, ultrasounds, MRI(s), PACS records, handwritten notes, physicians' reports, nurses' notes, referrals, file memoranda and/or any and all correspondence or documents, including any and all emergency**

**department, inpatient and outpatient records regarding SAMUEL THOMAS GREEN, SR., DOB: 01/01/1950, from 2010 to the present.**

**Please certify** that the requested records and documents (including x-rays) provided by you are true and accurate copies of medical records maintained by your facility, and should be certified as correct by the custodian of records or other person authorized to make the certification. Attached is a certification form.

        Respectfully submitted,

        **WILSON ELSER MOSKOWITZ**
        **EDELMAN & DICKER, LLP**

By:    */s/ Michael J. Silvestri*
        Brigitte J. Smith (Federal Bar No. 28426)
        Brigitte.Smith@wilsonelser.com
        Michael J. Silvestri (Federal Bar No. 30187)
        Michael.Silvestri@wilsonelser.com
        500 E. Pratt Street, Suite 600
        Baltimore, MD 21202-3173
        Tel. 410-962-7387
        Fax. 410-962-8758

*Attorneys for Defendant AMF Bowling Centers, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this _____, 2020, a true copy of the foregoing was served via electronic mail to all counsel of record:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218

410-234-2621
kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
attorneyjlcrawford@verizon.net

*Counsel for Plaintiff*

                                              */s/ Michael J. Silvestri*
                                              Michael J. Silvestri (Federal Bar No. 30187)