# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DISTRICT

| | | |
|---|---|---|
| SAMUEL GREEN | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| AMF BOWLING CENTERS, INC. | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RECORDS TO BE PRODUCED BY CUSTODIAN OF MEDICAL AND BILLING RECORDS FOR UPPER CHESAPEAKE CARDIOLOGY AND JOYCE ANNE ZENO, M.D. PURSUANT TO SUBPOENA

Under the terms and provisions of Fed. R. Civ. P. 45, Custodian of Medical and Billing Records for Upper Chesapeake Cardiology and Joyce Anne Zeno, M.D., shall produce, on or before the dates specified below, at the address specified below, all documents specified in the schedule

      DATE & TIME:    TBD

      PLACE:           **Wilson, Elser, Moskowitz, Edelman & Dicker, LLP**
                                **500 East Pratt Street, Suite 600**
                                **Baltimore, Maryland 21202**

Please produce for inspection and copying **any and all medical records and reports, orthopedic evaluations and assessments, medical examination reports, computer records and files, e-mails, consultations, x-rays, RAW data, laboratory tests and results,**

**Electronically Stored Information (ESI), handwritten notes, progress notes, discharge summaries, physicians' reports, nurses' notes, file memoranda and/or any and all correspondence or documents, including any and all emergency department, inpatient, and outpatient records, and itemized billing records regarding SAMUEL THOMAS GREEN, SR., DOB: 01/01/1950, from 2010 to the present.**

**Please certify** that the requested records and documents (including x-rays) provided by you are true and accurate copies of medical records maintained by your facility, and should be certified as correct by the custodian of records or other person authorized to make the certification. Attached is a certification form.

                                            Respectfully submitted,

                                            **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By:    */s/ Michael J. Silvestri*
          Brigitte J. Smith (Federal Bar No. 28426)
          Brigitte.Smith@wilsonelser.com
          Michael J. Silvestri (Federal Bar No. 30187)
          Michael.Silvestri@wilsonelser.com
          500 E. Pratt Street, Suite 600
          Baltimore, MD 21202-3173
          Tel. 410-962-7387
          Fax. 410-962-8758

          *Attorneys for Defendant AMF Bowling Centers, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this _____, 2020, a true copy of the foregoing was served via electronic mail to all counsel of record:

Kim Parker, Esquire
The Law Offices of Kim Parker, P. A.
Federal Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
kp@kimparkerlaw.com

Jesse Lyons Crawford, Esquire
The Law Offices of Jessie Lyons Crawford
Federal Bar No.: 25247
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230
attorneyjlcrawford@verizon.net

*Counsel for Plaintiff*

                                                */s/ Michael J. Silvestri*
                                                Michael J. Silvestri (Federal Bar No. 30187)