

# THE LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

September 4, 2020

**VIA ELECTRONIC MAIL**
Hon. Deborah L. Boardman, Magistrate Judge
United States District Court of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

Re: **Matter: Samuel Green vs. AMF Bowling, Inc.**
**Our File No.: 2020-205788**
**Case No.: 1:19-CV-01410-ELH**

Dear Judge Boardman:

    In accordance with the Court's September 1, 2020, Order (the "Order"), Plaintiff responds to the Defendant's objection to the fees charged by Dr. C. J. Abraham, PhD, JD, P.E.,DFE, FRSC, FTI, IH, DEE, BCEE, ("Dr. Abraham"), the Plaintiff's liability expert. Defendant's is objecting based on a broad and bold assertion that Dr. Abraham's fees are excessive for 2 hours of deposition time. The defendant's objection fails to take into consideration that Dr. Abraham has to prepare for the deposition, especially in light of Defendant's belated discovery responses. It is axiomatic that in the *Fourth Circuit*, deposition preparation time is a compensable expense. See <u>FIRST SOUTH BANK v. FIFTH THIRD BANK, NA</u>, Civil Action No. 7: 10-2097-MGL (D.S.C. Aug. 6, 2014)( *Having reviewed the limited case law in this area, this Court finds that the reasonable time spent by an expert in preparation for his deposition by opposing counsel is part of a reasonable fee award under Rule 26(b)(4)*).

    Dr. Abraham is a licensed Professional Engineer ("P.E."), and a Senior Member and a Diplomat in The National Academy of Forensic Engineers. Over the last 45 years, C. J. Abraham has created warnings and instructions for many products and protocols applied and used worldwide. He has consulted to major news channels, NHTSA, OSHA, NIOSH, State of California (CalTrans), Microsoft, New York Transit, Queensborough Bridge Authority, Department of Agriculture, the Federal Government, office of the United States Attorney, State Attorney General's Offices, and municipalities throughout the United States, Canada and Europe in a variety of technical areas. Dr. Abraham is also the author of over 120 publications and presentations. His current interests are in the areas of head and brain protection in sports and recreation and personal injury accidents and litigations. In addition, he is also involved in the reconstruction of all types of sports injuries in a large variety of recreational and sports activities, amusement parks, sports facilities, as well as accidents involving a variety of products and vehicles.

    Rule 26(b)(4)(E)(i) of the Federal Rules of Civil Procedure requires the party taking an expert's deposition to "pay the expert a reasonable fee for time spent in responding to discovery." Expert discovery costs are recoverable under Federal Rule of Civil Procedure 26(b)(4)(E), which provides that, "unless manifest injustice would result, the court must require that the party seeking discovery . . . pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D)." The purpose of



this rule is both "to compensate experts for their time in participating in litigation and to prevent one party from unfairly obtaining the benefit of the opposing party's expert work free from cost." <u>Hurst v. United States</u>, 123 F.R.D. 319, 321 (D.S.D. 1988).

The goal of Rule 26(b)(4)(E) is to "calibrate expert fees" so that the party seeking discovery will not be hampered by unreasonably high fees which prevent feasible discovery and unduly burden efforts to hire quality experts. *Fleming v. United States*, 205 F.R.D. 188, 189 (W.D.Va. 2000). The party seeking reimbursement bears the burden of showing the requested fees and expenses are reasonable. In determining whether an expert fee is "reasonable," courts are guided by the following factors: "(1) the witness's area of expertise, (2) the education and training that is required to provide the expert insight that is sought, (3) the prevailing rates for other comparably respected available experts, (4) the nature, quality and complexity of the discovery responses provided, (5) the cost of living in the particular geographic area, (6) the fee being charged by the expert to the party who retained him, (7) fees traditionally charged by the expert on related matters, and (8) any other factor likely to be of assistance to the court in balancing the interests implicated by Rule 26.")

The Defendant argues that its expert, Brian Mills, P.E., qualifications are comparable, because, according to Defendant, Mr. Mills has over twenty-five (25) years of experience, and holds a Bachelor's of Science and Master's of Science degrees[1]. Contrary to Defendant's allegation , **[Dr.]** Abraham's expertise is far broader than that of Mr. Mills in that he has over forty-five (45) years as a Professional Engineer, has numerous certifications and commendations, is a published author, and has several advanced degrees. Specifically, Dr. Abraham holds the following advanced degrees Masters, Juris Doctorate, Doctorate of Philosophy and Doctorate in Science. In addition, he holds [n]umerous certifications, for which Mr. Mills has one. ***See Exhibit 1***. In addition, customary fees for someone with much more years of experience then Mr. Mills, but less than Dr. Abraham is $650.00 per hour. ***See Exhibit 2.*** Liability issues are complex in the underlying action. ***See record***. Dr. Abraham's customary hourly fee is in $750.00 in hour and at least one court has determined that Dr. Abraham's fee of $750.00 per hour to be reasonable. ***See Exhibit 3.***

In light of the foregoing, Plaintiff request that Dr. Abraham be permitted to charge $750.00 per hour for 2.0 hours for Defendant's deposition; in light of the his vast experience and education and that he be permitted to charge $750.00 per hour for 4 hours of deposition preparation time for all of the reasons stated herein.

Thank you for your time and consideration. I am:

Very truly yours,

THE LAW OFFICES OF
 JESSIE LYONS CRAWFORD, LLC

*Jessie Lyons Crawford*
Jessie Lyons Crawford, Esq.

Kim Parker, Esquire
Brigitte J. Smith, Esquire

---

[1] Mr. Mills attended an 100% online college, Walden University.