## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## BALTIMORE DIVISION

**SAMUEL GREEN**

      Plaintiff,

vs.

**AMF BOWLING, INC.**

      Defendant.

CIVIL CASE NO.
**1:19-CV-01410-ELH**

### PLAINTIFF NOTICE OF INTENT TO SERVE
### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION,
### OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

Pursuant to Rule 45 of the Federal Rules of Civil Procedures, Samuel Green, gives notice of his intent to serve a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES, to **ZURICH AMERICAN INSURANCE COMPANY**., located at 1400 American Lane, Schaumburg, Illinois 60196. Unless objection is made by September 18, 2020 the subpoenas will be properly served. This Notice was electronically filed with the Clerk of Court using the CM/ECF System, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF System.

      Respectfully Submitted,

      /s/ Jessie Lyons Crawford

      ―――――――――――――――――――――
      JESSIE LYONS CRAWFORD, ESQ.
      FED. BAR NO.:68788
      THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
      2601 MARYLAND AVENUE
      BALTIMORE, MARYLAND 21218
      O: 410-662-1230
      F: 410-662-1238
      E: ATTORNEYJLCRAWFORD@VERIZON.NET

      COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| **SAMUEL GREEN**<br><br>    Plaintiff,<br>vs.<br><br>**AMF BOWLING, INC.**<br><br>    Defendant. | CIVIL CASE NO.<br>1:19-CV-01410-ELH |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing **DEFENDANT'S NOTICE OF INTENT TO SERVE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** was filed this day with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

/s/ Jessie Lyons Crawford
_____
Jessie Lyons Crawford, Esquire
Counsel for Plaintiff