

**THE LAW OFFICES OF
JESSIE LYONS CRAWFORD, LLC**

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

October 8, 2020

**VIA ELECTRONIC MAIL**
Hon. Deborah L. Boardman, Magistrate Judge
United States District Court of Maryland

Re:   **Samuel Green vs. AMF Bowling, Inc.
      Case No.: 1:19-CV-01410-ELH**

Dear Judge Boardman:

    Plaintiff is requesting a discovery dispute conference, as soon as possible, to address defendant's threat of delaying Plaintiff's October 13, 2020 deposition of its Corporate Designee, on the basis that the Plaintiff has filed a limited objection, pursuant to Federal Rules of Civil Procedure 72(a), as to the Court's September 23, 2020 and October 6, 2020, Orders. *See Exhibit 1*.

    Defendant's threat of filing an Emergency Motion serves no other purpose but to unduly delay these proceedings, and prejudice Plaintiff's case. In fact, the discovery deadline is November 2, 2020, and Plaintiff has been steadfast in his argument that the defendant is engaging in dilatory tactic in their attempts to impede and frustrate the discovery process.

    Thank you for your time and consideration.

Very truly yours,

**THE LAW OFFICES OF
    JESSIE LYONS CRAWFORD, LLC**

*Jessie Lyons Crawford*
_____
Jessie Lyons Crawford, Esq.

cc:   Kim Parker, Esquire
      Brigitte J. Smith, Esquire

*"Begin with Believing You Will Succeed"*