## RE: Second Amended Deposition

Smith, Brigitte <Brigitte.Smith@wilsonelser.com>
Thu 10/8/2020 5:39 PM

**To:** Jessie Lyons Crawford, Esquire <attorneyjlcrawford@verizon.net>
**Cc:** Kim Parker, Esquire <kp@kimparkerlaw.com>; Silvestri, Michael <Michael.Silvestri@wilsonelser.com>

Dear Counsel:

In light of your client's objections to the rulings of Judge Boardman, we request that the deposition for Tuesday be continued to allow a ruling on the objections, and our responses thereto. Otherwise, we intend to file an Emergency Motion for Protective Order to move the deposition.

Further, please confirm if you intend to comply with the Court's Order requiring the production of Dr. Abraham's complete billing file to include records of all payments received and all notes related to research.

Please note that we disagree that you are permitted to withdraw any previously produced documents from Dr. Abraham's file under Federal Rule of Evidence 502. See also *F.C. Cycles Int'l v. Fila Sport, S.p.A.*, 184 F.R.D. 64, 72-73 (D. Md. 1998) (quoting Jones, 696 F.2d at 1072) ("Intentional disclosure waives the privilege not only to the disclosed communication, but also to all 'other communications relating to the same subject matter.'") Please be advised that we reserve the right to use the production in discovery and at trial.

Very truly yours,


Brigitte Smith
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.7224 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
brigitte.smith@wilsonelser.com

**From:** Jessie Lyons Crawford, Esquire [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Wednesday, October 7, 2020 3:43 PM
**To:** Smith, Brigitte <Brigitte.Smith@wilsonelser.com>
**Cc:** kp@kimparkerlaw.com
**Subject:** Second Amended Deposition


**[EXTERNAL EMAIL]**

Dear Ms. Smith:

Good afternoon.

Please see attahed. Thank you.


Jessie Lyons Crawford
attorneyjlcrawford@verizon.net

Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
410-662-1230/ Fax:  410-662-1238
Mobile:  443-414-5785

Notice: This electronic mail transmission may constitute a privileged attorney-client communication and/or attorney work product. It is intended for the named recipient noted on this e-mail.  If you have received this transmission and you are not the intended person, you are not authorized to use this e-mail for any reason.  If you are not the intended person, please delete it from your system without copying it, and notify the sender by reply e-mail. Thank you.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.
[ EXTERNAL ]