# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**DEBORAH L. BOARDMAN**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7810**<br>**Fax: (410) 962-2577**<br>**MDD_DLBChambers@mdd.uscourts.gov** |

October 9, 2020

RE: *Green v. AMF Bowling Centers, Inc.*
Civil No.: ELH-19-1410

## **LETTER ORDER**

Dear Counsel,

I have received plaintiff's request for an emergency conference regarding whether the Rule 30(b)(6) deposition will go forward as planned on Tuesday, October 13, 2020. ECF No. 141. This request followed defendant's position that it will seek to postpone the deposition until after Judge Hollander has ruled on plaintiff's objections to my September 23, 2020 and October 6, 2020 letter orders, ECF Nos. 134 and 139. ECF No. 140. In the objections, plaintiff challenges two of my rulings regarding the Rule 30(b)(6) deposition topics. *See* Pl.'s Obj. 4, 6.

The 30(b)(6) deposition will take place on Tuesday, October 13, 2020. Plaintiff may depose the corporate witness about the Rule 30(b)(6) topics consistent with my rulings. Should Judge Hollander sustain plaintiff's objections to my rulings on the Rule 30(b)(6) deposition topics, plaintiff may seek leave to reopen the deposition for the limited purpose of eliciting testimony consistent with Judge Hollander's ruling.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/
Deborah L. Boardman
United States Magistrate Judge