

# THE LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

October 14, 2020

**VIA ELECTRONIC MAIL**
Hon. Ellen L. Hollander
United States District Court of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

Re: **Samuel Green vs. AMF Bowling, Inc.**
**Case No.: 1:19-CV-01410-ELH**
**Request for Ruling on Plaintiff's Motion to File Second Amended Complaint**

Dear Judge Hollander:

On behalf of Samuel Green (hereinafter the "Plaintiff"), we are writing to request a ruling on Plaintiff's Motion to File an Amended Second Amended Complaint (the "Motion"). The Motion has been pending since January 5, 2020[1]. On July 28, 2020, the Honorable Deborah Boardman issued an Amended Scheduling Order extending, amongst others, the discovery deadline to November 2, 2020. Since that time, there has been several ongoing discovery disputes filed by the parties, which has been diligently addressed by Judge Boardman in several orders. One of those disputes, which is the subject of Plaintiff's October 7, 2020 Rule 72(a) Motion, is that Plaintiff was not permitted to obtain prior incidents to support his Gross Negligence count in the proposed Second Amended Complaint ("SAC"). In light of the impending discovery deadline, and the ongoing dispute, Plaintiff is respectfully requesting a ruling on the Motion in the interest of justice and judicial economy. Thank you for your time and consideration.

Very truly yours,
**THE LAW OFFICES OF**
**JESSIE LYONS CRAWFORD, LLC**

_Jessie Lyons Crawford_
Jessie Lyons Crawford, Esq.

cc: Kim Parker, Esquire
Brigitte J. Smith, Esquire

---

[1] It is important to note that after the Motion was filed, Plaintiff and Defendant filed a Joint Motion to Stay this case in light of Plaintiff's serious medical condition. While the stay was in effect, the country was crippled by the Covid-19 Pandemic, which, resulted in several Administrative Orders being entered by Court. This Court on June 9, 2020, lifted the stay, and granted Plaintiff's Motion to Amend, with the caveat that the Defendant could move to vacate. As expected, the Defense object and the Court vacated, in part, its previous Order.

*"Begin with Believing You Will Succeed "*