

# THE LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

November 2, 2020

**VIA ELECTRONIC MAIL**
Hon. Deborah L. Boardman, Magistrate Judge
United States District Court of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

Re:   **Samuel Green vs. AMF Bowling, Inc.**
      **Case No.: 1:19-CV-01410-ELH**
      **CONFERENCE REQUESTING**

Dear Judge Boardman:

     Plaintiff is sending this writing to bring to the court's attention its continued discovery dispute, and conduct on behalf of the defense that interferes, impedes and frustrates the discovery process.

     On August 19, 2020, in preparation of a telephonic conference with Your Honor, Plaintiff prepared correspondence outlining the outstanding discovery deficiencies in the case. This was a result of a prior telephonic conference where Your Honor Ordered the Defendant to produce a table of contents of its Operational Manual. In this correspondence, Plaintiff requested certain policies in the manual**. See pages 3, 4, 9, and 10 of Exhibit 1**. The Defendant did not object to production of the polices referenced in the correspondence. On September 11, 2020, Defendant's submitted a Dropbox link, which, omitted all of the polices and procedures referenced in Exhibit 1. Plaintiff subsequently brought the same to Your Honor's attention in his September 11, 2020, status report. **Exhibit 2.**

     During the telephonic conference, Defense Counsel represented that she had produced all documents in the letter, that their was an error in producing with the Dropbox and that she had subsequently corrected the error and produced all the requested documents. Despite these representations, at the deposition of the corporate designee, Plaintiff became aware that the Document Retention policy was never produced. Undersigned counsel sent a follow up email requesting the document. Defense Counsel responded that "it doesn't exist". **Exhibit 3.**

     This is in direct contrast of supplemental discovery provided by defense counsel. The table of contents previously provided has several policies, procedures and protocols  referenced and indexed by the last date the policy was updated. **Exhibit 4**. Under the section "Legal", there is a policy called "Record Retention Policies and Procedures", which, was also referenced in Plaintiff's

**THE LAW OFFICES OF**
**JESSIE LYONS CRAWFORD, LLC**



Hon. Deborah L. Boardman
November 2, 2020
Page 2

correspondence. Defense Counsel now erroneously asserts that the "Policy does not exist", when in fact it does. This is troubling to the undersigned, as it should also be to the Court.

      Plaintiff is requesting that the Court Order Defense Counsel to turn over the full policy, forthwith, and for such other and further relief as may be deemed just and proper. Thank you in advance for your time and consideration.  I am:

                Very truly yours,

                **THE LAW OFFICES OF**
                **JESSIE LYONS CRAWFORD, LLC**

                _____
                Jessie Lyons Crawford, Esq.

cc:    Kim Parker, Esquire
        Brigitte J. Smith, Esquire