IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| **SAMUEL GREEN** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:19-cv-01410-ELH |
| **AMF BOWLING CENTERS, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S STATUS REPORT

Plaintiff, Samuel Green, by his undersigned counsel, pursuant to the Courts Scheduling Order, respectfully submits their status report and for reasons state:

a) **Whether discovery has been completed**

Discovery has been completed; however, the Defendant has not turned over specific documents it agreed to turn over during the course of discovery. Specifically, Defendant agreed to turn over its document retention policy. In an email dated October 30, 2020, defense counsel indicated that "**the document retention policy does not exist**[1]". **Exhibit 1**. This is in direct contrast to the list of policies provided by defense counsel in her supplemental discovery. At the request of Magistrate Judge Boardman, Defendants were ordered to provide a table of contents of their operating manual. The table of contents has several polices, procedures and protocols, indeed by the last date the policy was updated. **Exhibit 2.** Under the section "Legal", there is a policy called "**Record Retention Policies and Procedures**". In undersigned counsel's September 11, 2020, correspondence to Judge Boardman, she requested that the Defendant provide the same, and defense counsel represented to the Judge Boardman at a telephonic conference that she would be producing same. **Exhibit 3**. Despite these representations, the

---

[1] This is defense counsels *modus operandi* in responding to Plaintiff's request for discovery that was both related to his claims and within the broad scope of discovery. The aforementioned will be discussed in a motion for sanctions to be filed later with the court addressing similar conduct.

document retention policy has not been produced, and now defendant and its counsel no falsely state that the policy "does not exist", to continue to impede and frustrate the discovery process.

### b) Whether any motions are pending

Contemporaneously with the filing of this status report, Plaintiff will be filing a Motion for Conference to have the court compel the defendant to turn over documents, it now falsely states don't exist. Moreover, Plaintiff intends on filing several motions prior to trial of this matter. Specifically, Plaintiff intends on filing a motion to strike opinions of the defense expert, motion in limine to exclude defense expert, motion for sanctions for violation of the discovery rules, motions for spoliation of evidence, motion for partial summary judgment on liability, and second motion to file an amended complaint. In addition, Plaintiff will be filing supplemental opinions by its liability expert, Dr. Abraham, enhancing, but not changing the substance of his opinions, based on belated documents provided by defense counsel during the course of discovery. Plaintiff reserves the right to file additional pretrial motions in accordance with the pretrial orders of this court.

### c) Whether any party intends to file a dispositive pretrial motion

Plaintiff intends to file a motion for partial summary judgment.

### d) Whether the case is to be tried jury or non-jury and the anticipated length of trial

Plaintiff has prayed a jury trial in this case. Plaintiff anticipates that trial will last three (3) days; especially considering Covid-19 protocols.

### e) A certification that the parties have met to conduct serious settlement negotiations and the date, time and place of the meeting and the names of all persons participating therein

Plaintiff herby certifies that the parties have conducted settlement negotiations but cannot agree that they have been serious. On October 29, 2019, Plaintiff, through counsel, Kim Parker

submitted a written demand to counsel for the Defendant. Defendant's responded with an offer that Plaintiff could not deemed to be a serious good faith attempt to settle the matter. On August 7, 2020, Plaintiff, submitted a counteroffer. On August 24, 2020, Defense counsel confirmed that the Defendant was not interested in settlement of this case.

f) **Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion**

Mediation is scheduled for November 18, 2020, with Magistrate Judge A. David Copperthite. Based on the current posture defendant's has taken regarding resolution of this case, Plaintiff is not optimistic that the case can settle. Notwithstanding the foregoing, Plaintiff believes that it may be helpful to participate in other settlement or ADR conferences in the future prior to trial.

g) **Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment**

Plaintiff does not consent to have a U.S. Magistrate Judge conduct further proceedings

h) **Any other matter which you believe should be brought to the court's attention**

None at this time.

                                            Respectfully submitted,

                                            __*/s/ Jessie Lyons Crawford*_____
                                            Jessie Lyons Crawford, Esq.
                                            Fed. Bar No.:68788
                                            THE LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC
                                            2601 Maryland Avenue
                                            Baltimore, Maryland 21218
                                            O: 410-662-1230
                                            F: 410-662-1238
                                            E: attorneyjlcrawford@verizon.net

Kim Parker, Esquire
THE LAW OFFICES OF KIM PARKER, P. A.
Fed. Bar No.:23894
2123 Maryland Avenue
Baltimore, Maryland 21218
T: 410-234-2621
F: 410-234-2612
E: kp@kimparkerlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this  2nd   day of  November  2020 a copy of the foregoing Status Report was filed and served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

*/s/ Jessie Lyons Crawford*
Jessie Lyons Crawford