

**THE LAW OFFICES OF
JESSIE LYONS CRAWFORD, LLC**

2601 MARYLAND AVENUE

BALTIMORE, MARYLAND 21218

OFFICE: 410-662-1230
FACSIMILE 410-662-1238

JESSIE LYONS CRAWFORD, ESQ.
*LICENSED IN MARYLAND

November 3, 2020

**VIA ELECTRONIC MAIL**
Hon. Deborah L. Boardman, Magistrate Judge
United States District Court of Maryland
101 West Lombard Street
Chambers 3C
Baltimore, Maryland 21201

Re:   **Samuel Green vs. AMF Bowling, Inc.
Case No.: 1:19-CV-01410-ELH**

Dear Judge Boardman:

Plaintiff is responding to the Defense Counsel recent response to the Plaintiff's November 2, 2020, request for a conference.

Plaintiff brings to the court's attention that the policy requested was last updated in December 2016. *See Exhibit 4* of Plaintiff's initial correspondence. Defense Counsel is representing that the policy was in effect in January 2017, however, that is contradicted by the Defendant's document production. Moreover, the Defendant waived any objection, when defense counsel represented to the Court that she would be producing all documents requested in Plaintiff's correspondence.

Plaintiff is requesting that the Court compel defendant to produce the policy requested in accordance with the parties agreement and defense counsels subsequent representations to the Court that it would be produced. Thank you for your time and consideration. I am:

Very truly yours,

**THE LAW OFFICES OF
JESSIE LYONS CRAWFORD, LLC**

*Jessie Lyons Crawford*
_____
Jessie Lyons Crawford, Esq.

cc:   Kim Parker, Esquire
      Brigitte J. Smith, Esquire

*"Begin with Believing You Will Succeed "*